UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DELIA WEBSTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:13-CV-1992-SEB-DML ) |
| BANK OF AMERICA, N.A., | ) ) |
| Defendant. | ) |

**ORDER**

Defendant, Bank of America, N.A., by counsel, having filed an Unopposed Motion for Enlargement of Time to File Settlement Documents, and the Court, being duly advised, ORDERS that the parties shall have to and including November 23, 2014, in which to file the appropriate settlement documents in this matter.

So ORDERED.

Date: October 28, 2014

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution will be made electronically on all ECF-registered counsel of record via the court's ECF system.